8 So.2d 207

## Leo BAILEY v. STATE.

### 5 Div. 365.

Supreme Court of Alabama.
May 14, 1942.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the petition.

Will O. Walton, of LaFayette, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Bailey v. State, 8 So.2d 202, wherein a judgment of conviction of robbery was reversed.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.